# ELECTRONIC RECORD

1627-14

COA # 02-14-00180-CR          OFFENSE: 22.021

STYLE: Michael Wade Riddle v. The State of Texas          COUNTY: Wichita

COA DISPOSITION: AFFIRM          TRIAL COURT: 89th District Court

DATE: 10/23/2014          Publish: NO   TC CASE #: 41,428-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Wade Riddle v. The State of Texas          CCA #: 1627-14

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 02/04/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD